UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ALPINE LASER CLINIC, INC., <br> Plaintiff <br> v. <br> CANDELA CORPORATION, <br> Defendants | ) ) ) ) ) ) | Civil No. <br><br> **05 - 11747 RWZ** |

DISCLOSURE STATEMENT [RULE 7.1]

The Plaintiff hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: August 24, 2005

ALPINE LASER CLINIC, INC., by its attorney,

_____
Walter Oney (BBO # 379795)
4 Longfellow Place
Boston, MA 02114
Tel: 617-227-5620
Fax: 617-227-5760