AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Alpine Laser Clinic, Inc.
V.
Candela Corporation

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 - 11747 RWZ

TO: (Name and address of Defendant)

Candela Corporation
530 Boston Post Rd.
Wayland, MA 01778

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Walter Oney, Esq.
4 Longfellow Place
Boston, MA 02114
tel. 617-227-5620

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK  [signature]                          DATE  AUG 24 2005

(By) DEPUTY CLERK

≈AO

NAM

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

August 29, 2005

I hereby certify and return that on 8/26/2005 at 12:14PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to MARY DIAZ, agent, person in charge at the time of service for CANDELA CORPORATION, at, 530 BOSTON POST Road, WAYLAND, MA 01778. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($10.88) Total Charges $51.38

*Robert A Nation*

*Deputy Sheriff*

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
             Date                Signature of Server

                            _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.