# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Alpine Laser Clinic, Inc. | ) | |
| Plaintiff, | ) | |
| vs. | ) | **Civil Action No. 05-11747-RWZ** |
| | ) | |
| Candela Corporation | ) | |
| Defendant | ) | |

## ASSENTED TO MOTION TO EXTEND TIME
## TO RESPOND TO COMPLAINT

Now comes the defendant in this action and hereby requests that the time required for response to the complaint be extended until September 30, 2005.  As reasons therefore, the plaintiff states that since being retained in this matter, investigation has been ongoing in order to fully respond, however, is presently incomplete.  The parties have communicated on this matter and the plaintiff assents to the requested extension.

Respectfully submitted:

Defendant,
Candela Corporation,
By its attorney:

_____
William M. Zall, Esq. - BBO# 554135
CUNNINGHAM, MACHANIC, CETLIN,
JOHNSON & HARNEY, LLP
220 North Main Street
Natick, MA  01760
TEL: (508) 651-7524
FAX: (508) 653-0119

Plaintiff,
Alpine Laser Clinic, Inc.,
By its attorney:

_____
Walter Oney, Esq. – BBO#379795
4 Longfellow Place
Boston, MA  02114
TEL:  (617) 227-5620
FAX:  (617) 227-5760

Dated: Sept 14, 2005

242016

1