UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Alpine Laser Clinic, Inc.**<br>            **Plaintiff,**<br>vs.<br><br>**Candela Corporation**<br>            **Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11747-RWZ |

## CORPORATE DISCLOSURE STATEMENT
## OF CANDELA CORPORATION
### Local Rule 7.3

I, the undersigned, counsel of record for Candela Corporation, pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, certify that Candela Corporation has no parent corporation and there is no publicly traded company which owns 10% or more of its stock.

Candela Corporation,
By its attorneys:

_____
William M. Zall, BBO #554135
CUNNINGHAM, MACHANIC,
CETLIN, JOHNSON, & HARNEY LLP
220 North Main Street
Natick, MA  01760
TEL:(508) 651-7524
FAX:(508) 653-0119

Dated: Sept 30, 2005

242625

1