UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ALPINE LASER CLINIC, INC., | ) | Civil No. 05-11747-RWZ |
| Plaintiff | ) | |
| v. | ) | |
| CANDELA CORPORATION, | ) | |
| Defendants | ) | |

PLAINTIFF'S CERTIFICATION CONCERNING
BUDGET AND ADR CONFERENCE

The Plaintiff in the above-entitled matter and the undersigned attorney for the Plaintiff hereby certify that, by means of an exchange of e-mail messages, they have conferred (a) with a view to establishing a budget for the costs of conducting the full course of this litigation and alternative courses including (i) immediate settlement, (ii) settlement following the resolution of legal defenses raised in the Defendant's answer, and (iii) summary judgment; and (b) to consider resolving this litigation through alternative dispute resolution mechanisms such as mediation.

Dated: Oct. 28, 2005

_____
Walter Oney, Esq. (BBO # 379795)

ALPINE LASER CLINIC, INC., by

_____