UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Alpine Laser Clinic, Inc. )<br>Plaintiff, )<br>vs. )<br>)<br>)<br>Candela Corporation )<br>Defendant ) | Civil Action No. 05-11747-RWZ |

## DEFENDANT'S CERTIFICATION
## REGARDING LITIGATION BUDGET AND ADR
### Local Rule 16.1(D)(3)

Candela Corporation and its attorney hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted this 2 day of November, 2005.

Candela Corporation
By:

_____
Robert Quinn
Corporate Controller
Candela Corporation

Attorneys for Defendant,
Candela Corporation

_____
William M. Zall, BBO #554135
CUNNINGHAM, MACHANIC,
CETLIN, JOHNSON, & HARNEY LLP
220 North Main Street
Natick, MA 01760
TEL:(508) 651-7524
FAX:(508) 653-0119

1