UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Alpine Laser Clinic, Inc. )<br>      Plaintiff, )<br>vs. )<br>)<br>)<br>Candela Corporation )<br>      Defendant ) | Civil Action No. 05-11747-RWZ |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. Rule 41(a)(1), the parties hereto hereby stipulate and agree that this action be, and it hereby is, dismissed in its entirety with prejudice and without costs to either party, with all rights of appeal being waived.

Respectfully submitted this 5th day of May, 2006.

Candela Corporation,
By its attorneys:

_____
William M. Zall, BBO #554135
CUNNINGHAM, MACHANIC,
CETLIN, JOHNSON, & HARNEY LLP
220 North Main Street
Natick, MA 01760
TEL: (508) 651-7524
FAX: (508) 653-0119

249831

Alpine Laser Clinic, Inc.,
By its attorney:

_____
Walter Oney, BBO #379795
4 Longfellow Place
Boston, MA 02114
TEL: (617) 227-5620
FAX: (617) 227-5760

Alpine          Candela

1